The Court having heard the Teftimony for eftablifhing the feveral Facts aforefaid, and having duly confidered the fame, *do order*, on Motion of Mr. William De Hart, that the faid Negro Quamini be difcharged, and fet at Liberty from the faid William Leddel, Efquire.

---

## *May* Term 1787.

(p. 449.)

### The STATE *againft* JACOB PHILLIPS.

#### *On* Habeas Corpus *of Negro* Obadiah Gale.

THE Court having heard the Evidence and Argument of Counfel in this Caufe, *do order* that the faid Jacob Phillips enter into Recognizance in the Sum of One Hundred Pounds, conditioned, that the faid Jacob Phillips on the Twenty-fixth Day of June next, liberate and difcharge from his Service the faid Obadiah Gale, and the Court do further adjudge and order, that on the Twenty-fixth Day of June next, the faid Obadiah Gale fhall be fet at Liberty, and go thereof free without Day, and that the faid Obediah Gale be in Cuftody of the Sheriff of Hunterdon till the faid Twenty-fixth Day of June next, unlefs the Recognizance is entered into by the faid

C

Jacob Phillips before one of the Justices of the Supreme Court, on Motion of Mr. Elias Boudinot.